**James IRVIN, Appellant,**

v.

**Dave DORMIRE; Charles Turner; Bill Galloway, Appellees.**

No. 06–2342.

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2007.

Filed: July 10, 2007.

James Irvin, Jefferson City, MO, pro se.

Erica K. Bredehoft, Asst. Atty. Gen., Jefferson City, MO (Jeremiah W. (Jay) Nixon, Atty. Gen., on the brief), for appellees.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Missouri inmate James Irvin appeals the district court's[1] denial of his February 2006 Federal Rule of Civil Procedure 60(b) motion, in which he had asked the court to set aside its April 2005 dismissal of his civil rights action. We find no abuse of discretion in the denial of the motion. *See Greyhound Lines, Inc. v. Wade,* 485 F.3d

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

1032, 1036 (8th Cir.2007) (standard of review); *Hunter v. Underwood,* 362 F.3d 468, 475 (8th Cir.2004) (appeal from denial of Rule 60(b) motion does not raise underlying judgment for consideration, and such motion cannot substitute for timely appeal from judgment). Accordingly, we affirm. *See* 8th Cir. R. 47B.